DRAFTED BY: BILLY D. FRIENDE, JR. _Box_



BK1741   P3406

NORTH CAROLINA  )
                )                  A F F I D A V I T
FORSYTH COUNTY  )


    I, DARYL T. DAVIDSON, being duly sworn, deposes and says:

    That I am the sole heir of DOROTHY B. DAVIDSON, who died on February 25, 1991.  That at the time of my mother's death, she was divorced.  That my mother and father, FRED DAVIDSON, JR. had only one child:  namely, DARYL T. DAVIDSON.

    That at the time of her death, DOROTHY B. DAVIDSON was the sole owner of the real property commonly known as 3849 Sawyer Street, Winston-Salem, North Carolina and more particularly described in the attached EXHIBIT A.

    That I, DARYL T. DAVIDSON, am now the sole owner of said real property.

    This the 9th day of April, 1992.

                    Respectfully submitted,

                    X _Daryl T. Davidson_
                       DARYL T. DAVIDSON

---

**OFFICIAL SEAL**
DOROTHY R. WILLIAMS
Notary Public - North Carolina
COUNTY OF FORSYTH
My Commission Expires January 1996

NORTH CAROLINA, _Forsyth_ _____ County.

_____ Notary Public of the County and state aforesaid, certify that _____ _____ Grantor, personally appeared before me this day and acknowledged the execution of the foregoing instrument. Witness my hand and official stamp or seal, this _9_ day of _April_, 19 _92_. _Dorothy R. Williams_ Notary Public

My Commission expires _January 1st 1996_

The foregoing Certificate(s) of _Dorothy R. Williams_  R.F.P. _Forsyth Co NC_

is certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof
_L. E. SPEAS_ REGISTER OF DEEDS _____ REGISTER OF DEEDS FOR **FORSYTH** _____ COUNTY
By _____ Deputy/Assistant Register of Deeds.

N. C. Bar Assoc. Form No.5 © 1976, Revised © September 1985 • Printed by Agreement with the N. C. Bar Assoc. 1981 • James Williams & Co., Inc. • Box 127 • Yadkinville, NC 27055

BK1741  P3407

## EXHIBIT A

BEING known and designated as lot no. 116 as shown on map of Northwood Estates, Section 4 recorded in Plat book 23 page 25 in the office of the Register of Deeds of Forsyth County, North Carolina.

Also being known and designated as block 2938 lot 116, Forsyth County Tax Maps.