```
FORSYTH CO,NC    109    FEE:$  8.00
PRESENTED & RECORDED: 03/15/1999   12:28PM
DICKIE C. WOOD REGISTER OF DEEDS BY:WILLIA
BK2056   P2327 - P2327
```

RETURN TO: S. A. Wileman
Orion Financial Group, Inc.
2860 Exchange Blvd., Suite 100
Southlake, TX 76092

Send Any Notices to Assignee.

## Assignment of Mortgage

For Good and Valuable Consideration, the receipt and sufficiency of which are hereby acknowledged, the undersigned,

EMERGENT MORTGAGE CORP.
50 Datastream Plaza, Greenville, SC 29605                                     (Assignor)

By these presents does convey, grant, bargain, sell, assign, transfer and set over, without recourse, the described mortgage, together with the certain note(s) described therein with all interest, all liens, and any due or to become due thereon to:

ASSOCIATES HOME EQUITY SERVICES, INC.
250 E. Carpenter Freeway, Irving, TX 75062                                    (Assignee)

Said deed of trust is recorded in the State of NC, County of Forsyth
on 2/2/98, Book 1984 Page 948
Original Trustor --: DARYL T. DAVIDSON AND PAULETTE KELLY DAVIDSON
Original Beneficiary--: EMERGENT MORTGAGE CORP.
Dated: 1/23/98 AMOUNT: $ 14,000.00
PROPERTY ADDRESS: 3849 SAWYER DR., WINSTON-SALEM, NORTH CAROLINA 27105

*98022918*   AHES

IN WITNESS WHEREOF, the Undersigned Corporation has caused this instrument to be executed as a sealed instrument by its proper officer who was duly authorized by a resolution of its board of directors.
Dated: March 4, 1999
EMERGENT MORTGAGE CORP.

By: _____
W. H. Wileman, Attorney In Fact

State of Texas
County of Tarrant
On 03/04/99, before me, Sharon C. Killough, a Notary Public for said County and State, personally appeared W. H. Wileman, who being duly sworn, says that he/she is Attorney In Fact, of/ for EMERGENT MORTGAGE CORP. and the authority to execute and acknowledge said instrument is contained in an instrument duly executed, acknowledged and recorded in the Clerks office in the County of Tarrant, State of Texas on 10/22/1998 in Instrument No. D198246060 and that the seal affixed to the forgoing instrument is the corporation seal of said company, and that said writing was signed and sealed by him on behalf of said corporation as Attorney In Fact by its authority duly given. And said W. H. Wileman acknowledged the said writing to be the act and deed of said corporation by and through its Attorney In Fact.
Witness my hand and seal this March 4, 1999.

SHARON C. KILLOUGH
Notary Public
STATE OF TEXAS
My Comm Expires 07-20-2002

Notary public, Sharon C. Killough
My commission expires: July 20, 2002

Prepared by: T. J. Katz
Orion Financial Group, Inc.
2860 Exchange Blvd., Suite 100
Southlake, TX 76092                    NC  Forsyth                    AFS/EMER 2 /A02

STATE OF NC - FORSYTH CO       The foregoing certificate(s) of:
_____
Sharon C. Killough
                                                                     NP(s)
is/are certified to be correct at the date of recordation shown on the first page thereof.
Dickie C. Wood, Register of Deeds by: _____ Deputy/Asst

BK2056PG2327