```
FORSYTH CO,NC            23      FEE:$    8.00
PRESENTED & RECORDED: 12/20/1999    10:36AM
DICKIE C. WOOD REGISTER OF DEEDS BY:THOMAS
BK2098   P1198 - P1198
```

RETURN TO: S. A. Wileman
Orion Financial Group, Inc.
2860 Exchange Blvd., Suite 100
Southlake, TX 76092

Send Any Notices to Assignee

## Assignment of Mortgage

For Good and Valuable Consideration, the receipt and sufficiency of which are hereby acknowledged, the undersigned,

CAROLINA INVESTORS INC.
208 Garvin Street, Pickens, SC 29671                               (Assignor)

By these presents does convey, grant, bargain, sell, assign, transfer and set over, without recourse, the described mortgage, together with the certain note(s) described therein with all interest, all liens, and any due or to become due thereon to:

ASSOCIATES HOME EQUITY SERVICES, INC.
250 E. Carpenter Freeway, Irving, TX 75062                         (Assignee)

Said deed of trust is recorded in the State of NC, County of Forsyth
on 11/25/98, Book 2037 Page 1660
Original Trustor --: DARYL T. DAVIDSON AND PAULETTE KELLY DAVIDSON
Original Beneficiary--: CHASE MORTGAGE BROKERS, INC.
Dated: 1/23/98 AMOUNT: $ 14,000.00

*99024208*   AHES

IN WITNESS WHEREOF, the Undersigned Corporation has caused this instrument to be executed by its proper officer who was duly authorized by a resolution of its board of directors.

Dated: December 2, 1999
CAROLINA INVESTORS INC.

By: _____
W. H. Wileman, Attorney In Fact for the corporation

State of Texas
County of Tarrant

On 12/2/99, before me, Celeste L. Anderson, a Notary Public for said County and State, personally appeared W. H. Wileman, who being duly sworn, says that he is Attorney In Fact, for CAROLINA INVESTORS INC. and the authority to execute and acknowledge said instrument is contained in an instrument duly executed, acknowledged and recorded in the Clerks office in the County of Tarrant, State of Texas on 10/22/1998 in INSTRUMENT # D198246060, and that said writing was signed by him on behalf of said corporation as Attorney In Fact by its authority duly given. And said W. H. Wileman acknowledged the said writing to be the act and deed of said corporation by and through its Attorney In Fact. Witness my hand and seal this December 2, 1999.

_____
Notary public, Celeste L. Anderson
My commission expires: March 24, 2001



CELESTE L. ANDERSON
NOTARY PUBLIC
State of Texas
Comm. Exp. 03-24-2001

Prepared by: T. J. Katz
Orion Financial Group, Inc.
2860 Exchange Blvd., Suite 100
Southlake, TX 76092                    NC  Forsyth                          AFS/SCUD/ASO

STATE OF NC - FORSYTH CO          The foregoing certificate(s) of:
Celeste L. Anderson
_____ NP(s)
is/are certified to be correct at the date of recordation shown on the first page thereof.
Dickie C. Wood, Register of Deeds by: _____ Deputy/Asst.