BK 2325 PG 1129
FORSYTH CO,NC    198    FEE:$    0.00
PRESENTED & RECORDED: 02/25/2003   12:19PM
DICKIE C. WOOD REGISTER OF DEEDS BY:GORDON
CANCELLED PURSUANT TO G.S.45-37.2
BK2325  P1129 - P1131

Prepared by and Return to: -------- Craig, Brisson & Clements, P.A.
P. O. Box 1180
Fayetteville, NC 28302-1180

### CERTIFICATE OF SATISFACTION
### OF DEED OF TRUST
### N.C.G.S. 45-37 (A) (6) 1987

**THIS INSTRUMENT** is prepared this the 19th day of February 2003. NORTH CAROLINA, FORSYTH COUNTY

The undersigned Owner of the Note, certifies that it is the Owner of the indebtedness and that the debt or other obligation in the amount of $14,000.00 secured by the Deed of Trust executed by: Daryl T. Davidson and wife, Paulette Kelly Davidson, Grantor(s), to Donald T. Ritter, Jr., as trustee, and Chase Mortgage Brokers, Inc., as beneficiary, and recorded in Forsyth County, North Carolina, in Book 2037 at Page 1660 was satisfied on the 19th day of February 2003. It is requested that this Certificate of Satisfaction be recorded and the above-referenced Deed of Trust be canceled of record.

IN WITNESS WHEREOF, the Owner of the Note and Indebtedness has caused this instrument to be executed by its duly authorized representatives on the day and year first above written.

_____
CitiFinancial          Lender

By: Foreclosure Manager AVP
   (Vice) President

STATE OF TEXAS , COUNTY OF DALLAS

I, Derrick T. Williams, a Notary Public of the State and County aforesaid, certify that FRANKIE WARD personally appeared before me this day and after being duly sworn, acknowledged that he/she is the (Vice) President of _____, and that he/she, as Vice President and by authority duly given, executed the foregoing instrument on behalf of the corporation for the purposes therein expressed.

WITNESS my hand and official seal, this 19th day of February 2003.

_[signature]_

My Commission Expires: 05/09/06

**DERRICK T. WILLIAMS**
Notary Public
State of Texas
Comm. Expires 05-09-2006

NOTARY PUBLIC

STATE OF NORTH CAROLINA, COUNTY OF _____

The foregoing or annexed certificate of

,

Notary Public, is certified to be correct.

Register of Deeds

STATE OF NC - FORSYTH CO          The foregoing certificate(s) of:
Derrick T. Williams
                                                                NP(s)
Is/are certified to be correct at the date of recordation shown on the first page thereof.
Dickie C. Wood, Register of Deeds by: _____ Deputy/Asst

Loan # 0000573485

STATE OF NORTH CAROLINA

AFFIDAVIT OF LOST NOTE

COUNTY OF FORSYTH

The undersigned, Frankie Ward, Affidavit herein, being first duly sworn, deposes and says:

1. That he/she is the Foreclosure Manager in the office of Citifinancial Mortgage Company, Inc. a New York a corporation, with offices at 111 Northpoint, Suite 100, Bldg. 4, Coppell, Texas 75019, and in his/her capacity as Foreclosure Manager, he/she is familiar with the account and note described below.

2. That Citifinancial Mortgage, Inc. is the owner and holder of the note and indebtedness being further described as a promissory note signed by Daryl T. Davidson and wife, Paulette Kelly Davidson, dated January 23, 1998 in the original amount of $14,000.00...FORTEEN THOUSAND DOLLARS & NO/00 CENTS

3. The Deed of Trust securing said promissory note is recorded in Book 2037, Page 1660, in the office of the Register of Deeds of FORSYTH County, North Carolina, and the street address of the property described therein is 3849 Sawyer Drive, Winston-Salem, NC 27105

4. That the promissory note was lost and the Affiant has made due and diligent search for the promissory note but has not found the same.

5. Affiant has not, nor has any other person to Affiant=s knowledge, canceled the above-described instrument or transferred or in any other way been divested of the ownership of or rights under the above-described promissory note except for the loss as herein above set forth.

6. The Deed of Trust, Book 2037 at Page 1660 was satisfied on 2-19-03.

FURTHER THE AFFIANT SAYS NAUGHT.

Frankie Ward
Foreclosure Manager

Sworn to and subscribed before me:

This 19th day of February 2003.

NOTARY PUBLIC

My Commission Expires: 05/09/06

DERRICK T. WILLIAMS
Notary Public
State of Texas
Comm. Expires 05-09-2006