SOSID: 0036962
Date Filed: 7/17/2006 4:09:00 PM
Elaine F. Marshall
North Carolina Secretary of State
C200619800430

# State of New York
# Department of State } ss:

I hereby certify, that Certificate of Merger, CITIFINANCIAL MORTGAGE COMPANY, INC., with and into CITIMORTGAGE, INC., was filed with this office 06/29/2006. The effective date of the merger was 07/01/2006.

A Certificate of Amendment BT INTERNATIONAL TRADING CORPORATION, changing CITIMORTGAGE, INC., was filed 05/04/2005.

\*\*\*

*WITNESS my hand and the official seal of the Department of State at the City of Albany, this 30th day of June two thousand and six.*

*Special Deputy Secretary of State*

200607030325  08