

SO ORDERED.

SIGNED this 3rd day of May, 2019.

_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

## IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## WINSTON-SALEM DIVISION

| | |
|---|---|
| In re: DARYL TODD DAVIDSON,<br><br>    Debtor. | Case Number 14-50253<br>Chapter 13 |
| DARYL TODD DAVIDSON,<br><br>    Plaintiff,<br>v.<br><br>CITIMORTGAGE, INC.,<br><br>    Defendant. | Adv. Proc. No. 19-06008 |

### CONSENT ORDER ENTERING FINAL JUDGMENT

**THIS CAUSE** came on before the Court upon the request of CitiMortgage, Inc. ("CitiMortgage") and Daryl Todd Davidson (the "Debtor") (collectively, the "Parties"), by and through counsel, to enter a final judgment in this case.

**IT APPEARS TO THE COURT** that CitiMortgage and Daryl Todd Davidson desire to resolve the matter on the terms set forth herein in the interests of an efficient disposition of the case; and the Court finds the terms to be reasonable.

**NOW THEREFORE, it is hereby ORDERED, ADJUDGED, and DECREED** that:

1. As of the date hereof, the Deeds of Trust originally securing the principal sum of $14,000 and recorded on February 2, 1998 in Book 1984, Page 948 and on November 25, 1998 in Book 2037, Page 1660 of the Forsyth County Registry have been satisfied, are cancelled as a matter of law, and are no longer liens upon the real property described therein;

2. The Debtor, at his option, may record a certified copy of this Order with the Forsyth County, North Carolina Register of Deeds, who, upon such presentation, shall cross-index the order in the names of Chase Mortgage Brokers, Inc.; CitiMortgage, Inc.; and Daryl Todd Davidson;

3. The parties shall bear his or its own respective attorney's fees and costs; and

4. This is a final judgment as to all claims the Debtor asserted, or should have asserted, in this cause.

5. Agreed to signatures are on the next page.

End of document.

Case 19-06008   Doc 8   Filed 05/03/19   Page 3 of 4

This the 24th day of April 2019.

*/s/ Donald R. Buie*
Donald R. Buie
N.C. State Bar No. 9722
Attorney at Law
823 West Fifth Street
Post Office Box 20031
Winston-Salem, NC  27120-0031
Phone:  336-773-1398
Fax:  336-773-1505
drbuie@bellsouth.net
Attorney for Daryl Todd Davidson

This the 24th day of April 2019.

*/s/ Jason K. Purser*
Jason K. Purser
N.C. State Bar No. 28031
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107
Fax: 704-333-8156
jpurser@logs.com
Attorney for CitiMortgage

This the 24th day of April 2019.

*/s/ Kathryn Bringle*
Kathryn Bringle
N.C. State Bar No. 9713
PO Box 2115
Winston-Salem, NC  27102
336-722-1139
KBringle@chapter13ws.com
Chapter 13 Trustee

Parties to be served:

Donald R. Buie
823 West Fifth Street
Post Office Box 20031
Winston-Salem, NC  27120-0031
drbuie@bellsouth.net


Jason K. Purser
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
jpurser@logs.com


Kathryn Bringle
PO Box 2115
Winston-Salem, NC  27102
336-722-1139
KBringle@chapter13ws.com